UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL MCLELAND, Individually and for Others Similarly Situated, | CASE NO. 5:14-cv-1117-XR |
| Plaintiff | JURY TRIAL DEMANDED |
| v. | |
| 1845 OIL FIELD SERVICES, | COLLECTIVE ACTION |
| Defendant | |

# JOINT ADR REPORT (Local Rule 88)

1. **Status of Settlement Negotiations.**

   As the Court is aware, the parties engaged in an early mediation before William (Bill) Lemons. These negotiations were not successful due, in part, to the financial condition of the company. The parties have continued to negotiate, with Mr. Lemons' assistance, but have not reached a settlement. The parties anticipate reconvening for settlement negotiations once the opt-in period has ended.

2. **The Person Responsible for Settlement Negotiations for Each Party.**

   Rex Burch – Plaintiffs.

   Melissa Cranford – Defendant.

3. **Whether alternative dispute resolution is appropriate in the case.**

   The parties have engaged William (Bill) Lemons as mediator and he is continuing to assist the parties. The parties are splitting the cost for Mr. Lemons, who was jointly selected, equally.

Respectfully submitted,

| | |
|---|---|
| **BRUCKNER BURCH PLLC** | Lynn, Ross, Gannaway, & Cranford, LLP |
| /s/ Rex Burch | /s/ Melissa H. Cranford |
| By: _____ | By: _____ |
| Richard J. (Rex) Burch | Melissa H. Cranford |
| Texas Bar No. 24001807 | Texas Bar No. 24012805 |
| 8 Greenway Plaza, Suite 1500 | 306 West Broadway Avenue |
| Houston, Texas 77046 | Fort Worth, Texas 76104 |
| (713) 877-8788 – Telephone | (817) 332-8505 – Telephone |
| (713) 877-8065 – Facsimile | (817) 332-8548 – Facsimile |
| rburch@brucknerburch.com | |
| | **Attorney for Defendant** |
| **Attorney for Plaintiff** | |

## CERTIFICATE OF CONFERENCE

The parties agree to this motion.

/s/ Rex Burch
_____
Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

I served this document on all parties via the Court's ECF system.

/s/ Rex Burch
_____
Richard J. (Rex) Burch