UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL MCLELAND, Individually and for Others Similarly Situated, | CASE NO. 5:14-cv-1117 |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| v. | |
| 1845 OIL FIELD SERVICES, | COLLECTIVE ACTION |
| *Defendant*. | |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Michael McLeland, all the existing opt-in plaintiffs, and 1845 Oil Field, have reached a settlement in this case. Therefore, pursuant to Rule 41(a), stipulate to the dismissal of this case with prejudice. A proposed order is attached.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ Rex Burch**
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
rburch@brucknerburch.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
**FIBICH, HAMPTON, LEEBRON,
   BRIGGS & JOSEPHSON, LLP**
1150 Bissonnet
Houston, Texas 77005
(713) 751-0025 [Telephone]
(713) 751-0030 [Fax]
mjosephson@fhl-law.com

**Attorneys-for-Plaintiffs**

**AND**

**LYNN, ROSS, GANNAWAY, & CRAMFORD, LLP**

By: **/s/ Melissa H. Cranford (by permission)**
    Melissa H. Cranford
    Texas Bar No. 24012805
306 West Broadway Avenue
Fort Worth, Texas 76104
(817) 332-8505 – Telephone
(817) 332-8548 – Facsimile

**Attorney-for-Defendant**

## CERTIFICATE OF SERVICE

On February 4, 2016 a true and correct copy of the Parties' Rule 41 Stipulation of Dismissal with Prejudice was served on all parties via the Court's ECF System.

**/s/ Rex Burch**

Richard J. (Rex) Burch