UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL MCLELAND, Individually and for Others Similarly Situated, | CASE NO. 5:14-cv-1117 |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| v. | |
| 1845 OIL FIELD SERVICES, | COLLECTIVE ACTION |
| *Defendant*. | |

**ORDER OF DISMISSAL**

Per the Parties' Rule 41 Stipulation of Dismissal with Prejudice, this case is DISMISSED with prejudice. The Court retains the jurisdiction to enforce the terms of the settlement.

Signed in San Antonio, Texas on this ___ day of _____, 2016.

_____
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**